UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GATICA,<br><br>          Petitioner,<br><br>          v.<br><br>JIM TILTON,<br><br>          Respondent. | Case No. EDCV 07-386 SVW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order (1) Adopting Report and Recommendation in Part; and (2) Dismissing Petition for Writ of Habeas Corpus Without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: August 25, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE